# **CERTIFICATION**

I, Jonathon Hickey, on behalf of The Arbitrage Fund, hereby certify, as to the claims asserted under the federal securities laws in the Class Action Complaint (the "Complaint"), that:

1. I am the Chief Operating Officer of Water Island Capital, LLC, the investment advisor to The Arbitrage Fund. I have reviewed the Complaint to be filed in this action and have authorized its filing by counsel.

2. The Arbitrage Fund did not acquire any of the securities that are the subject of this action at the direction of its counsel in order to participate in this action or any other litigation under the federal securities laws.

3. The Arbitrage Fund is willing to serve as a Lead Plaintiff in this action and recognizes its duty as such to act on behalf of class members in monitoring and directing the action, and, if necessary, testifying at deposition and trial.

4. The Arbitrage Fund will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

5. The Arbitrage Fund has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws within the three-year period prior to the date of this Certification except in *Sayce v. Forescout Technologies, Inc., et al.*, No. 3:20-cv-00076-SI (N. D. Cal. Sept. 28, 2020) and *In re Pattern Energy Group Inc. Securities Litigation*, No. 20-cv-275 (MN) (JLH) (D. Del. Mar. 6, 2020).

6. The Arbitrage Fund's transactions during the relevant period in First Horizon Corporation securities that are the subject of this action are reflected in Schedule A hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of May 2023

_____
The Arbitrage Fund
By:  Jonathon Hickey
Chief Operating Officer of Water Island Capital, LLC, investment advisor to The Arbitrage Fund

**Schedule A**
**The Arbitrage Fund**
**Transactions February 28, 2022 - May 3, 2023**

| Security | Transaction Type | Trade Date | Price | Shares | Total |
|---|---|---|---|---|---|
| FHN US Common Stock | Purchase | 2/28/2022 | $ 24.2425 | 68,110 | $ 1,651,156.68 |
| FHN US Common Stock | Purchase | 2/28/2022 | $ 24.2400 | 68,110 | $ 1,650,986.40 |
| FHN US Common Stock | Purchase | 2/28/2022 | $ 23.5947 | 183,217 | $ 4,322,950.15 |
| FHN US Common Stock | Purchase | 2/28/2022 | $ 24.2411 | 68,110 | $ 1,651,061.33 |
| FHN US Common Stock | Purchase | 2/28/2022 | $ 24.2725 | 68,110 | $ 1,653,199.98 |
| FHN US Common Stock | Purchase | 2/28/2022 | $ 23.5922 | 204,332 | $ 4,820,641.41 |
| FHN US Common Stock | Purchase | 2/28/2022 | $ 23.5738 | 192,074 | $ 4,527,914.06 |
| FHN US Common Stock | Purchase | 3/1/2022 | $ 23.5168 | 65,943 | $ 1,550,768.34 |
| FHN US Common Stock | Purchase | 3/3/2022 | $ 23.8269 | 71,819 | $ 1,711,224.13 |
| FHN US Common Stock | Purchase | 3/8/2022 | $ 23.5054 | 170,514 | $ 4,007,999.78 |
| FHN US Common Stock | Purchase | 3/15/2022 | $ 23.1331 | 32,575 | $ 753,560.73 |
| FHN US Common Stock | Purchase | 3/16/2022 | $ 22.9240 | 34,621 | $ 793,651.80 |
| FHN US Common Stock | Purchase | 3/25/2022 | $ 23.3423 | 176,090 | $ 4,110,345.61 |
| FHN US Common Stock | Purchase | 4/22/2022 | $ 22.9019 | 35,768 | $ 819,155.16 |
| FHN US Common Stock | Purchase | 4/28/2022 | $ 22.7577 | 35,515 | $ 808,239.71 |
| FHN US Common Stock | Purchase | 4/29/2022 | $ 22.4417 | 36,391 | $ 816,675.90 |
| FHN US Common Stock | Purchase | 5/3/2022 | $ 22.2091 | 35,037 | $ 778,140.23 |
| FHN US Common Stock | Purchase | 5/5/2022 | $ 22.0199 | 32,779 | $ 721,790.30 |
| FHN US Common Stock | Purchase | 5/9/2022 | $ 22.1173 | 36,098 | $ 798,390.30 |
| FHN US Common Stock | Purchase | 6/13/2022 | $ 21.6358 | 35,863 | $ 775,924.70 |
| FHN US Common Stock | Purchase | 8/18/2022 | $ 23.0617 | 68,584 | $ 1,581,663.63 |
| FHN US Common Stock | Purchase | 9/23/2022 | $ 23.5173 | 32,153 | $ 756,151.75 |
| FHN US Common Stock | Purchase | 3/1/2023 | $ 20.7722 | 54,825 | $ 1,138,835.87 |
| FHN US Common Stock | Purchase | 3/1/2023 | $ 21.7866 | 24,649 | $ 537,017.90 |
| FHN US Common Stock | Purchase | 3/2/2023 | $ 21.8290 | 17,701 | $ 386,395.12 |
| FHN US Common Stock | Purchase | 3/2/2023 | $ 21.8550 | 23,827 | $ 520,739.09 |
| FHN US Common Stock | Purchase | 3/3/2023 | $ 21.4230 | 25,494 | $ 546,157.96 |
| FHN US Common Stock | Purchase | 3/6/2023 | $ 21.2304 | 20,580 | $ 436,921.63 |
| FHN US Common Stock | Purchase | 3/10/2023 | $ 19.8279 | 13,930 | $ 276,202.65 |
| FHN US Common Stock | Purchase | 3/13/2023 | $ 16.8755 | 35,178 | $ 593,646.34 |
| FHN US Common Stock | Purchase | 3/16/2023 | $ 15.3039 | 22,916 | $ 350,704.17 |
| FHN US 05/19/23 P12 | Sale | 4/28/2023 | $ 0.0018 | 3,898 | $ 697.94 |
| FHN US 05/19/23 P14 | Purchase | 3/31/2023 | $ 0.6669 | 1,048 | $ 69,890.12 |
| FHN US 05/19/23 P14 | Purchase | 4/3/2023 | $ 0.7156 | 971 | $ 69,483.84 |
| FHN US 05/19/23 P14 | Purchase | 4/4/2023 | $ 0.7618 | 470 | $ 35,804.15 |
| FHN US 05/19/23 P14 | Purchase | 4/5/2023 | $ 0.7618 | 4 | $ 304.72 |
| FHN US 05/19/23 P14 | Purchase | 4/6/2023 | $ 0.7618 | 13 | $ 990.33 |
| FHN US 05/19/23 P14 | Purchase | 4/10/2023 | $ 0.7618 | 59 | $ 4,494.56 |
| FHN US 05/19/23 P14 | Purchase | 4/11/2023 | $ 0.7568 | 1,472 | $ 111,399.56 |
| FHN US 05/19/23 P14 | Purchase | 4/12/2023 | $ 0.7612 | 2,019 | $ 153,684.36 |
| FHN US 05/19/23 P16 | Purchase | 4/28/2023 | $ 0.8218 | 3,898 | $ 320,333.94 |