[D.I. 7]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| THE ARBITRAGE FUND, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, and LEO SALOM,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-02763-RBK-AMD<br><br>**ORDER FOR**<br>***PRO HAC VICE* ADMISSION** |

　　　This matter having been opened to the Court by Brown & Connery, LLP, attorneys for Defendants TD Bank, N.A., Bharat B. Masrani, Kelvin Vi Luan Tran and Leo Salom (collectively "Defendants"), Susan M. Leming, appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Andrew G. Gordon admission *pro hac vice* on behalf of TD Bank; Plaintiff consenting to the admission requested; and the court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

　　　IT IS on this __23rd__ day of __June__, 2023, ORDERED that:

1.　　Andrew G. Gordon of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, with offices located at 1285 Avenue of the Americas, New York, NY 10019, member in good standing of the Bars in which he is admitted, be hereby permitted to appear *pro hac vice* in the action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Defendants shall be signed by a member or associate of the firm of Brown & Connery, LLP, who is admitted to practice before this Court, who

7L24584

shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

**FURTHER ORDERED** that Andrew G. Gordon pay $150.00 to the Clerk, United States District Court of New Jersey as required by Local Civil Rule 101.1(c)(3); and it is

**FURTHER ORDERED** that Andrew G. Gordon shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 in this year and any subsequent year in which he is admitted *pro hac vice* in this matter; and it is

**FURTHER ORDERED** that Andrew G. Gordon shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is

**FURTHER ORDERED** that Andrew G. Gordon shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered,

_____
Hon. Ann Marie Donio, U.S.M.J.

7L24584