**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Proposed Liaison Counsel for the Class*

[*Additional counsel listed on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ARBITRAGE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, and LEO SALOM,<br><br>                      Defendants. | Case No. 1:23-cv-2763-RBK-AMD<br><br>Hon. Robert B. Kugler<br><br><u>CLASS ACTION</u><br><br>**MOTION DAY**: August 21, 2023<br><br>ORAL ARGUMENT REQUESTED |

(*caption continued on next page*)

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

| | |
|---|---|
| ANDREW AMICARELLI, Individually and on Behalf of All Others Similarly Situated, <br><br>                   Plaintiff, <br><br> v. <br><br> FIRST HORIZON CORPORATION, D. BRYAN JORDAN, HOPE DMUCHOWSKI, THE TORONTO-DOMINION BANK, TD BANK US HOLDING COMPANY, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, and LEO SALOM, <br><br>                   Defendants. | Case No. 1:23-cv-3024- RBK-AMD <br><br> Hon. Robert B. Kugler <br><br> <u>CLASS ACTION</u> |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Lead Plaintiff Movant Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Pentwater Equity Opportunities Master Fund Ltd., Oceana Master Fund Ltd., Pentwater Unconstrained Master Fund Ltd., Crown Managed Accounts SPC acting for and on behalf of Crown/PW Segregated Portfolio, Investment Opportunities SPC for the account of Investment Opportunities 3 Segregated Portfolio, and LMA SPC for and on behalf of the MAP 98 Segregated Portfolio (together, the "Pentwater Funds"), state that none of the Pentwater Funds has any parent corporation, and no publicly held corporation owns 10% or more of the shares of any of the Pentwater Funds.

Dated: July 21, 2023

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: /s/ *James E. Cecchi*

James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk (*pro hac vice* forthcoming)
Mark Lebovitch (*pro hac vice* forthcoming)
Avi Josefson (*pro hac vice* forthcoming)
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
markl@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
Rachel A. Avan (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
dschwartz@saxenawhite.com
ravan@saxenawhite.com

2

*Counsel for Proposed Lead Plaintiff the Institutional Investors, and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ James E. Cecchi*
James E. Cecchi
