James E. Cecchi
Kevin Cooper
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs the
Institutional Investors and the Class*

[Additional counsel on signature page]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re TORONTO-DOMINION BANK/FIRST HORIZON CORPORATION SECURITIES LITIGATION | Master File No. 23-02763 (RBK/AMD)<br><br>**JOINT STIPULATION AND PROPOSED ORDER** |

WHEREAS, on June 14, 2023, the Court so-ordered a stipulation requiring the parties to propose a schedule for the filing of any consolidated complaint and Defendants' responses to the operative complaint within 30 days following the appointment of Lead Plaintiff and Lead Counsel (ECF No. 6);

WHEREAS, on August 29, 2023, the Court consolidated *The Arbitrage Fund v. The Toronto-Dominion Bank*, No. 1:23-cv-02763-RBK-AMD and *Andrew Amicarelli v. First Horizon Corporation,* No. 1:23-cv-03024-RBK-AMD, and appointed the Institutional Investors[1] as Lead Plaintiffs of the consolidated action and appointed counsel for the Institutional Investors, Bernstein Litowitz Berger & Grossmann LLP and Saxena White P.A., as Lead Counsel for the Class (ECF No. 25);

WHEREAS, on October 5, 2023, the Court so-ordered a stipulation concerning the schedule for filing an amended complaint and Defendants' responses thereto (ECF No. 27);

WHEREAS, on December 15, 2023, Lead Plaintiffs filed the Amended Complaint (ECF No. 31);

---

[1] The "Institutional Investors" are the Westchester Funds, the Pentwater Funds, the Sand Grove Funds and the Alpine Funds. (ECF No. 17 at 1).

2

WHEREAS, on January 8, 2024, news sources published reports that Plaintiffs contend concern new information relevant to the allegations in the Amended Complaint;

WHEREAS, Lead Plaintiffs have requested to amend their existing complaint before Defendants file their motions to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1. Lead Plaintiffs shall file their second amended consolidated complaint by February 9, 2024.

2. Defendants shall move against, answer or otherwise respond to the second amended consolidated complaint by April 8, 2024.

3. If Defendants move to dismiss the second amended consolidated complaint, Lead Plaintiffs may oppose by June 14, 2024, and Defendants may reply by July 26, 2024.

Dated: January 19, 2024

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** | **BROWN & CONNERY, LLP** |
| By: /s/ *James E. Cecchi* <br> James E. Cecchi <br> Kevin Cooper <br> 5 Becker Farm Road <br> Roseland, New Jersey 07068 <br> Tel.: (973) 994-1700 <br> Fax: (973) 994-1744 | By: /s/ *Susan M. Leming* <br> Susan M. Leming <br> 360 Haddon Avenue <br> Westmont, NJ 08108 <br> Tel: (856) 854-8900 <br> sleming@brownconnery.com |

jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiff the Institutional Investors and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano (*pro hac vice* forthcoming)
Michael Blatchley
Aasiya Glover (*pro hac vice* forthcoming)
Chloe Jasper (*pro hac vice* forthcoming)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
michaelb@blbglaw.com
aasiya.glover@blbglaw.com
chloe.jasper@blbglaw.com

**SAXENA WHITE P.A.**

Maya Saxena (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, Florida 303434
Tel: (561) 3940-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew G. Gordon (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Paul A. Paterson (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
sbuergel@paulweiss.com
ppaterson@paulweiss.com

*Counsel for Defendants The Toronto-Dominion Bank, TD Bank US Holding Company, Bharat B. Masrani, Kelvin Vi Luan Tran, and Leo Salom*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ *Michael Martinez*
Barry H. Berke (*pro hac vice*)
Michael Martinez
Marjorie Sheldon (*pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
bberke@kramerlevin.com
mmartinez@kramerlevin.com
msheldon@kramerlevin.com

-and-

Brandon L. Arnold (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500

4

Steven B. Singer (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
Rachel A. Avan (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
dschwartz@saxenawhite.com
ravan@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiff the Institutional Investors and the Class*

Fax: (202) 775-4510
barnold@kramerlevin.com

*Counsel for Defendants First Horizon Corporation, D. Bryan Jordan and Hope Dmuchowski*

**IT IS SO ORDERED.**

DATED: January 22, 2024

/s/ Robert B. Kugler
Honorable Robert B. Kugler
United States District Judge

5