# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>CHARLES C. CARELLA<br>1933 – 2023 | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN++<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>++ MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO<br>GRANT Y. LEE*** |

June 10, 2024

**VIA ECF**

Honorable Robert B. Kugler, U.S.D.J.
Honorable Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re: *In re Toronto-Dominion Bank / First Horizon Corporation Securities Litigation*,
          No. 1:23-cv-02763-RBK-AMD (D.N.J)

Dear Judge Kugler and Judge Donio,

    We, along with co-counsel, represent Plaintiffs in the above-referenced matter. We write with the consent of all Parties to request an order to extend the page limits for Plaintiffs' memorandum in response to Defendants' motions to dismiss (ECF Nos. 47, 48). Rather than submit two forty-page responses to Defendants' motions, as permitted by L. Civ. R. 7.2(d), Plaintiffs seek to submit one omnibus memorandum with the equivalent number of pages. Accordingly, Plaintiffs and Defendants have agreed and respectfully request that Plaintiffs be permitted to file one (1) eighty (80)-page opposition brief that responds to Defendants' two separate motions.

    If this modification meets with the Court's approval, we respectfully request that Your Honor kindly "So Order" this letter and return it to the Parties via the Court's ECF system. We thank Your Honors for your consideration of this request and we are available to answer any questions at the Court's convenience.

                                      Respectfully Submitted,

                                      CARELLA BYRNE CECCHI
                                      BRODY & AGNELLO, P.C.

                                      */s/James E. Cecchi*
                                      James E. Cecchi