# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***

CHARLES C. CARELLA

1933 – 2023

August 1, 2024

<u>Via ECF</u>

Hon. Renée Marie Bumb, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> RE: *In re Toronto-Dominion Bank/First Horizon Corp. Sec. Litig.*,
> No. 1:23-cv-02763-RMB-AMD

Dear Judge Bumb:

We, along with co-counsel, represent Lead Plaintiffs in the above-referenced matter. Pursuant to Local Rule 7.1(d)(6), Lead Plaintiffs respectfully request permission to file a sur-reply to address a new argument that the TD Defendants raised for the first time in their reply (ECF No. 52, "Reply") in support of their motion to dismiss the Second Amended Complaint (ECF No. 47).

Specifically, in the Reply, the TD Defendants argued, for the first time, that this Court should follow three out-of-circuit district court decisions that purportedly "reach[ed] the same result" as *Menora Mivtachim Ins. Ltd. v. Frutrurom Indus. Ltd.*, 54 F.4th 82 (2d Cir. 2022). *See* Reply at 3; ECF No. 51 at 29. Citing *Menora*, the TD Defendants argue that these three decisions purportedly support their argument that, under Section 10(b) of the Securities Exchange Act, "shareholders of one merger party lack standing to sue the counterparty." Reply at 1.

Because the TD Defendants failed to cite any of these decisions in their opening brief—while ignoring dispositive contrary Third Circuit authority (e.g., ECF No. 51 at 27)—Plaintiffs respectfully request leave to file a sur-reply of no more than three pages to address this new argument. In that sur-reply, Plaintiffs will demonstrate that these decisions, which do not address *Menora* or whether shareholders of a merger party have standing to sue a merger counterparty, are inapposite and do not support the argument that Plaintiffs lack standing here.

Hon. Renée Marie Bumb, U.S.D.J.
August 1, 2024
Page 2

                        Respectfully Submitted,

                        CARELLA BYRNE CECCHI
                        BRODY & AGNELLO, P.C.

                        */s/ James E. Cecchi*
                        James E. Cecchi

cc: All Counsel of Record (via ECF)

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION