## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK / FIRST HORIZON CORPORATION SECURITIES LITIGATION | No. 1:23-cv-02763-RMB-AMD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Norman C. Simon of Kramer Levin Naftalis & Frankel LLP hereby enters an appearance on behalf of Defendants First Horizon Corporation, D. Bryan Jordan, and Hope Dmuchowski.

Dated: November 4, 2024

*/s/ Norman C. Simon*
Norman C. Simon
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
Tel: (212) 715-7816
Fax: (212) 715-8000
nsimon@kramerlevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, a true and correct copy of the foregoing document was filed with the Court through the Electronic Filing System, which will send notice of this filing to all counsel of record.

*/s/ Norman C. Simon*
Norman C. Simon
