James E. Cecchi
Kevin Cooper
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs the
Institutional Investors and the Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK / FIRST HORIZON CORPORATION SECURITIES LITIGATION | **CASE NO: 23-cv-02763-RMB-AMD**<br><br>**JOINT STIPULATION AND ORDER** |

WHEREAS, on June 14, 2023, the Court so-ordered a stipulation requiring the parties to propose a schedule for the filing of any consolidated complaint and Defendants' responses to the operative complaint within 30 days following the appointment of Lead Plaintiff and Lead Counsel (ECF No. 6);

WHEREAS, on August 29, 2023, the Court consolidated *The Arbitrage Fund v. The Toronto-Dominion Bank*, No. 1:23-cv-02763-RBK-AMD and *Andrew Amicarelli v. First Horizon Corporation*, No. 1:23-cv-03024-RBK-AMD, and

appointed the Institutional Investors[1] as Lead Plaintiffs of the consolidated action and appointed counsel for the Institutional Investors, Bernstein Litowitz Berger & Grossmann LLP and Saxena White P.A., as Lead Counsel for the Class (ECF No. 25);

WHEREAS, on October 5, 2023, the Court so-ordered a stipulation concerning the schedule for filing an amended complaint and Defendants' responses thereto (ECF No. 27);

WHEREAS, on December 15, 2023, Lead Plaintiffs filed the Amended Complaint (ECF No. 31);

WHEREAS, on January 22, 2024, the Court so-ordered a stipulation concerning the schedule for filing a further amended complaint and Defendants' responses thereto (ECF No. 45);

WHEREAS, on February 9, 2024, Lead Plaintiffs filed the Second Amended Complaint (ECF No. 46);

WHEREAS, the TD Defendants and First Horizon Defendants moved to dismiss the Second Amended Complaint on April 8, 2024 (ECF Nos. 47-48), Lead Plaintiffs filed a consolidated opposition on June 14, 2024 (ECF No. 51), and

---

[1] The "Institutional Investors" are the Westchester Funds, the Pentwater Funds, the Sand Grove Funds and the Alpine Funds. (ECF No. 17 at 1).

Defendants filed reply briefs in support of their respective motions on July 26, 2024 (ECF Nos. 52-53);

WHEREAS, Lead Plaintiffs now intend to further amend their existing complaint based on what they contend to be new information;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1. Lead Plaintiffs shall provide Defendants with their Third Amended Complaint by December 19, 2024;

2. Defendants shall provide Lead Plaintiffs with their decision as to whether they consent to Lead Plaintiffs' further amendment by January 17, 2025;

3. By January 31, 2025, Lead Plaintiffs shall file either (i) the Third Amended Complaint with Defendants' consent and a proposed schedule for Defendants' responses thereto, or (ii) a motion seeking leave to file the Third Amended Complaint and schedule for Defendants' responses thereto.

Dated: November 4, 2024

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** | **BROWN & CONNERY, LLP** |
| By: /s/ *James E. Cecchi* | By: /s/ *Susan M. Leming* |
| James E. Cecchi | Susan M. Leming |
| Kevin Cooper | 360 Haddon Avenue |
| 5 Becker Farm Road | Westmont, NJ 08108 |
| | Tel: (856) 854-8900 |

Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiff the Institutional Investors and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano (*pro hac vice*)
Michael Blatchley
Aasiya Glover (*pro hac vice*)
Chloe Jasper (*pro hac vice*)
1251 Avenue of the Americas
New York, NY  10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
michaelb@blbglaw.com
aasiya.glover@blbglaw.com
chloe.jasper@blbglaw.com

**SAXENA WHITE P.A.**

Maya Saxena (*pro hac vice*)
Lester R. Hooker (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, Florida 303434
Tel: (561) 3940-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* )
David J. Schwartz (*pro hac vice* )

sleming@brownconnery.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew G. Gordon (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Paul A. Paterson (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
sbuergel@paulweiss.com
ppaterson@paulweiss.com

*Counsel for Defendants The Toronto-Dominion Bank, TD Bank US Holding Company, Bharat B. Masrani, Kelvin Vi Luan Tran, and Leo Salom*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ *Norman C. Simon*
Norman C. Simon
Marjorie Sheldon (*pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
nsimon@kramerlevin.com
msheldon@kramerlevin.com

-and-

Brandon L. Arnold (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500

4

Kyla Grant (*pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
dschwartz@saxenawhite.com
kgrant@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiff the Institutional Investors and the Class*

Fax: (202) 775-4510
barnold@kramerlevin.com

*Counsel for Defendants First Horizon Corporation, D. Bryan Jordan and Hope Dmuchowski*

**IT IS SO ORDERED.**

DATED: <u>November 5</u>, 2024

_____
Honorable Renée Marie Bumb
United States District Judge