## CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br><br>CHARLES C. CARELLA<br>1933 – 2023 | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | 5 BECKER FARM ROAD<br>ROSELAND, N.J. 07068-1739<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN++<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>++ MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO<br>GRANT Y. LEE*** |

November 15, 2024

**Via ECF**

Hon. Renée Marie Bumb, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      RE:    *In re Toronto-Dominion Bank/First Horizon Corp. Sec. Litig.*
             No. 1:23-cv-02763-RMB-AMD

Dear Judge Bumb:

      We, along with co-counsel, represent Lead Plaintiffs in the above-referenced matter, and submit this letter in response to the Court's November 14, 2024 order (ECF No. 63) requesting all parties to advise the Court whether they consent to the Court's administrative termination of Defendants' motions to dismiss the Second Amended Complaint (ECF Nos. 47, 48) pending the filing of Plaintiffs' Third Amended Complaint or motion for leave to amend. Plaintiffs hereby respectfully advise the Court that they consent to the termination of Defendants' motions.

      We thank the Court for its time and attention in this matter.

                                     Respectfully Submitted,

                                     CARELLA BYRNE CECCHI
                                     BRODY & AGNELLO, P.C.

                                     */s/ James E. Cecchi*
                                     James E. Cecchi

cc: All Counsel of Record (via ECF)