# BROWN & CONNERY, LLP
ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

November 15, 2024

**Via ECF**
Honorable Renée Marie Bumb, Chief U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

  Re: **In re Toronto-Dominion Bank/First Horizon Corporation Securities Litigation**
     **Case No. 1:23-cv-02763-RMB -AMD**

Dear Chief Judge Bumb:

  We write on behalf of the TD Defendants in response to the Court's Order, entered on November 14, 2024 (Dkt. No. 63).

  In its Order, the Court inquired as to whether the TD Defendants will consent to the administrative termination of their pending motion to dismiss (Dkt. No. 47) in light of a potential forthcoming amendment of Plaintiffs' claims in this action. The TD Defendants have no objection to the Court's proposed action without waiver of any right to reinstate or refile their motion to dismiss in the future, and without waiver of any right to object to the filing of Plaintiffs' proposed Third Amended Complaint.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                **BROWN & CONNERY, LLP**

                *s/Susan M. Leming*
                Susan M. Leming

cc: All counsel of record *(via ECF)*

7QV2261