James E. Cecchi
Kevin Cooper
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs the
Institutional Investors and the Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re TORONTO-DOMINION BANK/FIRST HORIZON CORPORATION SECURITIES LITIGATION | Master File No. 23-02763 (RMB/AMD)<br><br>**JOINT STIPULATION AND ORDER** |

WHEREAS, on February 3, 2025, the Court entered an order (ECF No. 73) establishing a schedule for the filing of the TD Defendants' and First Horizon Defendants'[1] supplemental opening briefs in support of their motions to dismiss the Third Amended Complaint (the "Complaint") by March 14, 2025, Lead Plaintiffs' supplemental opposition brief by April 25, 2025, and the TD Defendants' and First Horizon Defendants' supplemental reply briefs by May 16, 2025;

WHEREAS, the Complaint asserts claims against two new individual defendants, Michael Bowman and Mia Levine (the "New Defendants"), in addition to the TD Defendants and First Horizon Defendants;

WHEREAS, the New Defendants have recently engaged counsel and intend to move to dismiss the Complaint;

WHEREAS, to ensure that the New Defendants have adequate time to prepare and file briefing on their anticipated motions to dismiss, and to avoid piecemeal briefing regarding the same claims and align the briefing schedules in order to serve the interests of judicial efficiency for both the parties and the Court, the parties have agreed to the revised schedule below, and for Plaintiffs to file one omnibus brief in opposition to all Defendants' motions to dismiss;

---

[1] "TD Defendants" are Defendants The Toronto-Dominion Bank, TD Bank US Holding Company, Bharat B. Masrani, Kelvin Vi Luan Tran, and Leo Salom. "First Horizon Defendants" are Defendants First Horizon Corporation, D. Bryan Jordan and Hope Dmuchowski.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to this Court's approval:

1. The TD Defendants and First Horizon Defendants shall file supplemental opening briefs by March 21, 2025;

2. The New Defendants shall file their motions to dismiss by April 11, 2025;

3. Lead Plaintiffs shall file their omnibus opposition brief in opposition to all Defendants' motions to dismiss by May 9, 2025;

4. All Defendants shall file their reply briefs by June 6, 2025.

Dated: March 12, 2025

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: /s/ *James E. Cecchi*
James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiff the Institutional Investors and the Class*

**BROWN & CONNERY, LLP**

By: /s/ *Susan M. Leming*
Susan M. Leming
360 Haddon Avenue
Westmont, NJ 08108
Tel: (856) 854-8900
sleming@brownconnery.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew G. Gordon (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Paul A. Paterson (*pro hac vice*)
1285 Avenue of the Americas

2

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Michael Blatchley
Aasiya Glover (*pro hac vice*)
Chloe Jasper (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
michaelb@blbglaw.com
aasiya.glover@blbglaw.com
chloe.jasper@blbglaw.com

**SAXENA WHITE P.A.**

Lester R. Hooker (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, Florida 303434
Tel: (561) 3940-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice*)
Kyla Grant (*pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
kgrant@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiff the Institutional Investors and the Class*

New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
sbuergel@paulweiss.com
ppaterson@paulweiss.com

*Counsel for Defendants The Toronto-Dominion Bank, TD Bank US Holding Company, Bharat B. Masrani, Kelvin Vi Luan Tran, and Leo Salom*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: */s/ Norman C. Simon*
Norman C. Simon
Marjorie Sheldon (*pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
nsimon@kramerlevin.com
msheldon@kramerlevin.com

-and-

Brandon L. Arnold (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
barnold@kramerlevin.com

*Counsel for Defendants First Horizon Corporation, D. Bryan Jordan and Hope Dmuchowski*

3

**LEVINE LEE LLP**

By: */s/ Scott B. Klugman*
Scott B. Klugman
Seth L. Levine (*pro hac vice*)
Alison M. Bonelli (*pro hac vice*)
400 Madison Avenue
New York, New York 10017
Tel.: (212) 257-4030
sklugman@levinelee.com
slevine@levinelee.com
abonelli@levinelee.com

*Counsel for Defendant Michael Bowman*

**WEIL, GOTSHAL & MANGES LLP**

By:  */s/ Drew Tulumello*
Drew Tulumello
Chantale Fiebig
Sebastian Laguna
2001 M Street, NW, Suite 600
Washington, DC 20036
Tel.: (202) 682-7000
drew.tulumello@weil.com
chantale.fiebig@weil.com
sebastian.laguna@weil.com

-and-

Joshua Amsel
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
joshua.amsel@weil.com

*Counsel for Defendant Mia Levine*

4

**IT IS SO ORDERED**

DATED:   March 14, 2025

_____
Honorable Renée Marie Bumb
Chief United States District Judge