# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

_____

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN++

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY
  ++ MEMBER NY & FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY

May 5, 2025

**VIA ECF**

Chief Judge Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re:  *In re Toronto-Dominion Bank / First Horizon Corp. Sec. Litig.*,
>      <u>Civil Action No. 1:23-cv-02763-RMB-AMD (D.N.J)</u>

Dear Chief Judge Bumb,

We, along with co-counsel, represent Lead Plaintiffs in the above-referenced matter. We write to request an order concerning the page limits for Lead Plaintiffs' omnibus opposition brief in response to Defendants' four motions to dismiss (ECF Nos. 86, 87, 90, 91).  Specifically, to efficiently respond to Defendants' four briefs, which total 86 pages, and present the arguments in a streamlined fashion for the Court, Lead Plaintiffs respectfully seek relief from L. Civ. R. 7.2(d) to file one omnibus brief that is no more than 70 pages.  All Defendants consent to this request.

On March 14, 2025, the Court approved the parties' stipulation setting a schedule for the briefing of Defendants' pending motions to dismiss, which provided a deadline of May 9, 2025 for Lead Plaintiffs to file "an omnibus opposition brief to all Defendants' motions."  ECF No. 84. On March 21, 2025, Defendants TD Bank, Bharat Masrani, Leo Salom, and Kelvin Vi Luan Truan (together, the "TD Defendants") and First Horizon, D. Bryan Jordan, and Hope Dmuchowski (together, the "First Horizon Defendants") filed two supplemental briefs in support of their motions to dismiss.  ECF Nos. 86, 87.  On April 11, 2025, Defendants Mia Levine and Michael Bowman each filed a motion to dismiss the third amended complaint.  ECF Nos. 90, 91.  Together, Defendants filed over 86 pages of motion to dismiss briefing.  In light of the overlapping issues, <u>Lead Plaintiffs request to file a single omnibus response of 70 pages (in size 14-point font)</u>.  Each of the Defendants have stated they have no objection to this request.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

May 5, 2025
Page 2

CARELLA, BYRNE, CECCHI
BRODY & AGNELLO, P.C.

*/s/James E. Cecchi*
James E. Cecchi

Cc: All Counsel of Record (via ECF)

SO ORDERED this ___6th___ day

of _____May_____ 20 25

United States District Judge