[Docket Nos. 47, 48, 90, 91]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK / FIRST HORIZON CORPORATION SECURITIES LITIGATION | Civil Action No. 23-2763 (RMB/AMD)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the Motions to Dismiss the Third Amended Complaint [Docket No. 71] by Defendants Toronto-Dominion Bank ("TD Bank"), Bharat Masrani, Leo Salom, and Kelvin Vi Luan Tran [Docket No. 47], Defendants First Horizon Corporation ("First Horizon"), D. Bryan Jordan, and Hope Dmuchowski [Docket No. 48], Defendant Michael Bowman [Docket No. 90], and Defendant Mia Levine [Docket No. 91]; and the Court having considered the submissions by the parties; and for the reasons set forth in the accompanying Opinion of this date; and for good cause shown,

**IT IS HEREBY**, on this 26th day of **November 2025**,

**ORDERED** that the Motion to Dismiss by Defendants TD Bank, Masrani, Salom, and Tran [Docket No. 47] is **GRANTED**; and it is further

**ORDERED** that the Motion to Dismiss by Defendants First Horizon, Jordan, and Dmuchowski [Docket No. 48] is **GRANTED**; and it is further

**ORDERED** that the Motion to Dismiss by Defendant Bowman [Docket No. 90] is **GRANTED**; and it is further

**ORDERED** that the Motion to Dismiss by Defendant Levine [Docket No. 91] is **GRANTED**; and it is further

**ORDERED** that the Third Amended Complaint [Docket No. 71] is **DISMISSED WITHOUT PREJUDICE**; and it is finally

**ORDERED** that Plaintiffs may file an amended complaint to remedy the deficiencies identified in the Court's accompanying Opinion of this date within **thirty (21) days**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge