# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK / FIRST HORIZON CORPORATION SECURITIES LITIGATION | Civil Action No. 23-2763 (RBK/AMD) |

# FINAL JUDGMENT OF DISMISSAL

On November 26, 2025, the Court issued an Opinion (ECF No. 107) and Order (ECF No. 108) granting, without prejudice, Defendants' motions to dismiss (ECF Nos. 47, 48, 86, 87, 90, and 91) Lead Plaintiffs' Third Amended Consolidated Class Action Complaint (ECF No. 71) ("Third Amended Complaint") in its entirety. Specifically, as to Lead Plaintiffs' claims under Sections 10(b), 14(a) and 20(a) under the Securities Exchange Act of 1934, the Court dismissed: Lead Plaintiffs' Section 10(b) claims against Toronto-Dominion Bank ("TD Bank"), Bharat Masrani, Leo Salom, and Kelvin Vi Luan Tran, Michael Bowman and Mia Levine (collectively, the "TD Executive Defendants," and together with TD Bank, the "TD Defendants") for lack of statutory standing; dismissed Lead Plaintiffs' Section 10(b) claims against First Horizon Corporation ("First Horizon"), D. Bryan Jordan and Hope Dmuchowski (collectively, the "FH Executive Defendants" and, together with First Horizon, the "FH Defendants") for failure to state a claim; dismissed Lead Plaintiffs' Section 14(a) claims against all Defendants for failure to state a claim; and dismissed Lead Plaintiffs' Section 20(a) claims against the TD Executive

Defendants and the FH Executive Defendants for failure to establish an underlying violation of Section 10(b) or 14(a) against either the TD Defendants or the FH Defendants.

On December 23, 2025, Lead Plaintiffs filed a notice informing the Court of their intention to stand on their Third Amended Complaint and requesting that the Court enter a final judgment of dismissal so that they may appeal the Court's prior opinion and order to the United States Court of Appeals for the Third Circuit.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action be, and hereby is, dismissed with prejudice.

**SO ORDERED**, this <u>23rd</u> day of <u>December, 2025</u>

_____
Honorable Reneé Marie Bumb
Chief United States District Judge